# EXHIBIT 4

 Outlook

---

**RE: Payment Reminder**

---

**From** Jayant Joshi <jjoshi@tharseoit.com>

**Date** Tue 2/4/2025 4:44 PM

**To** satish kumar <satish_skr@yahoo.com>; Sasi <Sasi@logicplanet.com>

**Cc** Yash Salvi <ysalvi@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; Olga Moroz <omoroz@tharseoit.com>; Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>

Hi Satish,

As mentioned previously, we are currently going through a cash flow situation. That is why we are not able to pay so far. We are making every effort to make your payments as early as possible. I request you to please give us little bit more time.

Thanks,

**Jayant Joshi**
**Sr Director, Operations**
**Cell**: N/A | **Office**: (202) 913-2136
**Email**: jjoshi@tharseoit.com
1205 Marion Barry Ave. SE, STE 203
Washington, DC 20020
**www.TharseoIT.com**



"Purpose Built for Oracle SaaS, PaaS & IaaS"

**From:** satish kumar <satish_skr@yahoo.com>
**Sent:** Wednesday, February 5, 2025 3:08 AM
**To:** Jayant Joshi <jjoshi@tharseoit.com>; Sasi <sasi@logicplanet.com>
**Cc:** Yash Salvi <ysalvi@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>
**Subject:** Re: Payment Reminder

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Amit / Eric,

Numerous emails are being sent. Kindly release below invoice as soon as possible, This is for September 2024

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 33 days |

Regards,
Satish

Satish

On Tuesday, February 4, 2025 at 08:06:13 AM EST, satish kumar <satish_skr@yahoo.com> wrote:

Tharseoit,

Hi Jayant / Eric /Amit,

Every day emails are being sent as reminder for release of September 2024  invoice

Please  do it as early as possible today

Kindly do not ignore these emails as payments are expected on time as promised

Regards,
Satish


Regards,
Satish


On Monday, February 3, 2025 at 11:08:20 AM EST, satish kumar <satish_skr@yahoo.com> wrote:


Hi Jayant / Eric /Amit,

Numerous emails were sent for release of September 2024  invoice
Kindly do it as early as possible today

Regards,
Satish


On Friday, January 31, 2025 at 03:40:27 PM EST, Sasi <sasi@logicplanet.com> wrote:


Hello Jayant,

We are still waiting for your response for status of below pending invoices,

I wrote to you multiple times to remind you for below pending invoices. So, this is a reminder to say that Sep payment is 55 days overdue and Oct payment is 20 days overdue.

Please process payment and provide the details at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 55 days |

| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 20 days |
|---|---|---|---|---|---|---|



**Sasi Chitturi**

**Accounts**

**Email    :** Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** satish kumar <satish_skr@yahoo.com>
**Sent:** 31 January 2025 08:40
**To:** Jayant Joshi <jjoshi@tharseoit.com>; Sasi <Sasi@logicplanet.com>
**Cc:** Yash Salvi <ysalvi@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>
**Subject:** Re: Payment Reminder


Hi Jayant and Team,


Kindly release the September 2024 invoice today


Regards,

Satish


On Wednesday, January 29, 2025 at 10:29:24 AM EST, Sasi <sasi@logicplanet.com> wrote:

Hello Jayant,

Please respond and update the payment status for below pending invoices at your earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 53 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 18 days |



**Sasi Chitturi**

**Accounts**

**Email       :** **Sasi@logicplanet.com**

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 27 January 2025 11:39
**To:** Jayant Joshi <jjoshi@tharseoit.com>
**Cc:** Yash Salvi <ysalvi@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>

**Subject:** RE: Payment Reminder
**Importance:** High

Hi Jayant,

Could you please confirm if the payment for the below pending invoices is being processed? We would appreciate an update on the payment status along with the details at your earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 48 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 13 days |



**Sasi Chitturi**

**Accounts**

**Email      :** **Sasi@logicplanet.com**

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Jayant Joshi <jjoshi@tharseoit.com>
**Sent:** 24 January 2025 16:28
**To:** Sasi <Sasi@logicplanet.com>

**Cc:** Yash Salvi <ysalvi@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** RE: Payment Reminder

Hi Sasi,

As discussed on phone earlier today, we are currently going through a cash flow situation and that is primarily why we have not been able to make the payments in a timely manner. We will try to pay one of the two outstanding invoices as early as we can.

We sincerely apologize for any inconvenience caused due to the delay in resolving the pending payments. At Tharseo IT, we deeply value the business relationship we have established with Logic Planet, and it is never our intention to create any friction or challenges for your operations.

We understand the importance of honoring our commitments as per the contract and the implications that delays can have on your business. Please be assured that your concerns are acknowledged, and we are doing everything in our power to expedite the resolution process.

We will ensure that we keep the communication channels open. Please feel free to call me at my number below at any time.

Thanks and regards,

- Jayant

**Jayant Joshi**

**Sr Director, Operations**

**Cell**: N/A | **Office**: (202) 913-2136

**Email**: jjoshi@tharseoit.com

1205 Marion Barry Ave. SE, STE 203

Washington, DC 20020

[www.TharseoIT.com](http://www.TharseoIT.com)



"Purpose Built for Oracle SaaS, PaaS & IaaS"

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** Saturday, January 25, 2025 12:20 AM
**To:** Jayant Joshi <[jjoshi@tharseoit.com](mailto:jjoshi@tharseoit.com)>
**Cc:** Yash Salvi <[ysalvi@tharseoit.com](mailto:ysalvi@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Subject:** RE: Payment Reminder
**Importance:** High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jayant,

As we discussed, please release payment for below pending invoices and provide the payment details at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 48 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 13 days |



**Sasi Chitturi**

**Accounts**

Email      : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** Jayant Joshi <[jjoshi@tharseoit.com](mailto:jjoshi@tharseoit.com)>
**Sent:** 24 January 2025 08:57
**To:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>; Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Cc:** Yash Salvi <[ysalvi@tharseoit.com](mailto:ysalvi@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>
**Subject:** RE: Payment Reminder

Hi Sasi,

I will call you later today – around mid-day.

Thanks,

- Jayant

**Jayant Joshi**

**Sr Director, Operations**

**Cell**: N/A | **Office**: (202) 913-2136

**Email**: [jjoshi@tharseoit.com](mailto:jjoshi@tharseoit.com)

1205 Marion Barry Ave. SE, STE 203

Washington, DC 20020

[www.TharseoIT.com](http://www.TharseoIT.com)



"Purpose Built for Oracle SaaS, PaaS & IaaS"

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** Wednesday, January 22, 2025 6:50 PM
**To:** Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Subject:** RE: Payment Reminder
**Importance:** High

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Eric and Team,

We haven't received any update from your end even after sending multiple payment reminders, could you please let us know the payment status for below pending invoice at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 46 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 11 days |



**Sasi Chitturi**

**Accounts**

Email : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** 21 January 2025 11:14
**To:** Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Eric and Team,

I wrote to you multiple times to remind you for below pending invoices. So, this is a reminder to say that payment is 45 days overdue.

Please process payment and provide the details at the earliest.

Please confirm and reply to this email as soon as possible.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 45 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 10 days |



**Sasi Chitturi**

**Accounts**

**Email**    : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

[**www.Logicplanet.com**](http://www.Logicplanet.com)

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** 20 January 2025 11:08
**To:** Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Eric and Team,

We did not see any communication from you till now, nor did we get any payment.
Could you please release pending payments and confirm payment details as soon as possible?

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 44 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 9 days |



**Sasi Chitturi**

**Accounts**

Email    : <u>Sasi@logicplanet.com</u>

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

<u>www.Logicplanet.com</u>

---

**From:** HANS <<u>hans.j@logicplanet.com</u>>
**Sent:** 17 January 2025 15:08
**To:** Sasi <<u>Sasi@logicplanet.com</u>>; <u>roseschneider@accountingdepartment.com</u>; Eric Wimer
<<u>ewimer@tharseoit.com</u>>; Amit Bahadur <<u>abahadur@tharseoit.com</u>>; Tharseo IT Accounting
Team <<u>accounting@tharseoit.com</u>>; TharseoIT@AccountingDepartment
<<u>tharseoit@accountingdepartment.com</u>>
**Cc:** Accounts <<u>accounts@logicplanet.com</u>>; Contracts <<u>contracts@logicplanet.com</u>>; satish
kumar <<u>satish_skr@yahoo.com</u>>
**Subject:** RE: Payment Reminder

Team Tharseoit,

Absolutely perplexed with your delinquent approach ,we find no real reason for your obnoxious and hostile
approach in regards to the pending payments. The situations like these which transpire deliberately or
inadvertently have gruesome implications in running the payrolls or the firm in general , it is just
incomprehensible for us to come to terms why you aren't able to fathom the gravity of our reminders and
repeated requests. On the contrary we see an absolute indolence which is as baffling as it can be, As a
counterpart its but your prerogative to honor the payments at the stipulated time signed in the contract. You
see issues such as these would invariably jeopardize the business relationship which both Tharseoit and
Logic Planet definitely would avert, we presume its no-brainer to comprehend all these aspects .We
strongly believe that you do not need to be emphasized so much, but it is the desperate situation which is
compelling us to remind you.

We invariably anticipate you to update the status on the pending payments without any lag henceforth.
Appreciate a very swift response.



**Hans JR**

**Contracts & Legal -Manager**

**Email:**
hans.j@logicplanet.com



**Off. Phone:    732.512.0009 X132**

**4525 Route 27, Princeton, NJ 08540**

WWW.Logicplanet.com

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** Friday, January 17, 2025 2:11 PM
**To:** roseschneider@accountingdepartment.com; Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** FW: Payment Reminder
**Importance:** High

Hello Rose,

It is very undesirable situation that still we haven't received any update for below mentioned invoice even after multiple follow-up emails.

Please process payment and provide the payment details at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 41 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 6 days |



**Sasi Chitturi**

**Accounts**

**Email**    : Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 17 January 2025 13:45
**To:** Eric Wimer <ewimer@tharseoit.com>; Amit Bahadur <abahadur@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Team,

It is very undesirable situation that still we haven't received any update for below mentioned invoice even after multiple follow-up emails.

Could someone please respond & update the payment status at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 41 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 6 days |



**Sasi Chitturi**

**Accounts**

**Email** : Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 16 January 2025 13:46
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Team,

It is very regrettable that we still not received any update on payment even after numerous follow-up emails.

Could someone please update with payment status at the earliest?

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 40 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 5 days |



**Sasi Chitturi**

**Accounts**

**Email** : Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 14 January 2025 11:33
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Amit / Eric,

I hope this message find you well, I'm writing to remind you about the pending payment for below invoices, Oct invoice also due now.

Please kindly let us know if the payment has been processed, or if there is any issues that require our attention.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 38 days |
| | SATISHM 119 | 10/01/2024 - 10/26/2024 | $ 16,560.00 | 11/12/2024 | 1/11/2025 | 3 days |

We value our business relationship and understand that delays can happen. However, please kindly request you that process the payment ASAP.

Thank you for your prompt attention to this matter.



**Sasi Chitturi**

**Accounts**

**Email** : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Sent:** 10 January 2025 20:54
**To:** Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>; Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>

**Cc:** Accounts <accounts@logicplanet.com>; Contracts <contracts@logicplanet.com>
**Subject:** Re: Payment Reminder

Hi Amit / Eric,

KIndly release the below invoice as soon as possible, This is for September 2024

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 33 days |

Regards,

Satish

On Thursday, January 9, 2025 at 10:34:04 AM EST, Sasi <sasi@logicplanet.com> wrote:

Hello Eric,

We sent multiple emails to remind you for below pending invoice. So, this is a reminder to say that payment is 33 days overdue.

Please process payment and provide the details at the earliest.

Please reply to this email as soon as possible.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|

| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 33 days |



**Sasi Chitturi**

**Accounts**

**Email** : Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 07 January 2025 10:47
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>; Contracts <contracts@logicplanet.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Eric,

We haven't received any response from your end even after sending multiple payment reminders, please update the payment status at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 31 days |



**Sasi Chitturi**

**Accounts**

Email    : Sasi@logicplanet.com

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

www.Logicplanet.com

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 03 January 2025 16:39
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>; Contracts <contracts@logicplanet.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Team,

Could anyone please respond to my email and update the payment status for below pending invoice, its pending for so long time.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 27 days |



**Sasi Chitturi**

**Accounts**

Email        : Sasi@logicplanet.com

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

www.Logicplanet.com

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 24 December 2024 11:52
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>; Contracts <contracts@logicplanet.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Amit,

We are waiting for your update for below pending invoice, please let us know the payment status at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 17 days |



**Sasi Chitturi**

**Accounts**

Email       : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** 21 December 2024 01:24
**To:** Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>; Contracts <[contracts@logicplanet.com](mailto:contracts@logicplanet.com)>
**Subject:** RE: Payment Reminder
**Importance:** High

Hello Amit,

It is unfortunate that we have not received any update yet, and we still have no response to emails.

We want someone to reply and process payment as soon as possible.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 13 days |



**Sasi Chitturi**

**Accounts**

Email        : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** 18 December 2024 10:31
**To:** Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>; satish kumar <[satish_skr@yahoo.com](mailto:satish_skr@yahoo.com)>
**Subject:** RE: Payment Reminder
**Importance:** High


Hello Amit,


Please respond and update the payment status for below pending invoice at the earliest.


| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 11 days |



**Sasi Chitturi**

**Accounts**

**Email**      : Sasi@logicplanet.com

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**www.Logicplanet.com**

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 16 December 2024 13:27
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT
Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment
<tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>; satish kumar <satish_skr@yahoo.com>
**Subject:** RE: Payment Reminder
**Importance:** High


Hello Amit,


Could you please let us know the payment status for below pending invoice at the earliest.


| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 9 days |



**Sasi Chitturi**

**Accounts**

Email      : Sasi@logicplanet.com

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

www.Logicplanet.com

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 13 December 2024 06:38
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hi Amit,

Please update the payment status for below pending invoice at the earliest.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 6 days |



**Sasi Chitturi**

**Accounts**

Email    : Sasi@logicplanet.com

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

www.Logicplanet.com

---

**From:** Sasi <Sasi@logicplanet.com>
**Sent:** 11 December 2024 20:39
**To:** Amit Bahadur <abahadur@tharseoit.com>; Eric Wimer <ewimer@tharseoit.com>; Tharseo IT Accounting Team <accounting@tharseoit.com>; TharseoIT@AccountingDepartment <tharseoit@accountingdepartment.com>
**Cc:** Accounts <accounts@logicplanet.com>
**Subject:** RE: Payment Reminder
**Importance:** High

Hi Amit,

Please let us know the payment status for below mentioned invoice.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 4 days |



**Sasi Chitturi**

**Accounts**

Email      : [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)

Off. Phone: 732.512.0009  Ext (158)

4525 Route 27, Princeton, NJ 08540

[www.Logicplanet.com](http://www.Logicplanet.com)

---

**From:** Sasi <[Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)>
**Sent:** 09 December 2024 10:26
**To:** Amit Bahadur <[abahadur@tharseoit.com](mailto:abahadur@tharseoit.com)>; Eric Wimer <[ewimer@tharseoit.com](mailto:ewimer@tharseoit.com)>; Tharseo IT Accounting Team <[accounting@tharseoit.com](mailto:accounting@tharseoit.com)>; TharseoIT@AccountingDepartment <[tharseoit@accountingdepartment.com](mailto:tharseoit@accountingdepartment.com)>
**Cc:** Accounts <[accounts@logicplanet.com](mailto:accounts@logicplanet.com)>
**Subject:** Payment Reminder
**Importance:** High

Hi Team,

This is a gentle reminder on below mentioned Invoice,
Kindly look into this matter at your earliest and make the payment and provide us with the payment details.

| Name of the Consultant | Invoice No # | Period | Amount | Inv Date | Due Date | Aging |
|---|---|---|---|---|---|---|
| Satish Manjakuppam | SATISHM 118 | 09/01/2024 - 09/30/2024 | $ 18,400.00 | 10/8/2024 | 12/7/2024 | 2 days |

I will look forward to hearing from you at the earliest.



**Sasi Chitturi**

**Accounts**

**Email**   **: [Sasi@logicplanet.com](mailto:Sasi@logicplanet.com)**

**Off. Phone: 732.512.0009  Ext (158)**

**4525 Route 27, Princeton, NJ 08540**

**[www.Logicplanet.com](http://www.Logicplanet.com)**